IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARLTON JERMAINE WALKER,

    Petitioner,

v.

KEVIN SPRAYBERRY,

    Respondent.

CIVIL ACTION NO.: 6:16-cv-150

## O R D E R

Presently before the Court is Petitioner Carlton Jermaine Walker's ("Walker") Motion to Voluntary Dismiss. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice." Rule 41 applies to Section 2254 proceedings. Clark v. Tansey, 13 F.3d 1407, 1413 (10th Cir. 1993); Kramer v. Butler, 845 F.2d 1291, 1294 (5th Cir. 1988); Lowry v. Crews, No. 3:12CV525/LC/CJK, 2013 WL 1092465, at *1 (N.D. Fla. Feb. 12, 2013), *report and recommendation adopted*, No. 3:12CV525/LAC/CJK, 2013 WL 1092242 (N.D. Fla. Mar. 15, 2013).

Accordingly, the Court **GRANTS** Walker's Motion and **DISMISSES** this case **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28th day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UINITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA